AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. __05-796__

# ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF __4__ COPIES OF AO FORM 85.

__NOV 1 7 2005__
(Date forms issued)

_____
(Signature of Party or their Representative)

__J. R. Newberger__
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action