AO 440 (Rev. 8/01) Summons in a Civil Action

*"Bishop Saltarelli Subpoena"*

# UNITED STATES DISTRICT COURT

District of ____DELAWARE____

LT. CMDR. KENNETH J. WHITWELL,
PLAINTIFF

V.

ARCHMERE ACADEMY, INC.,
CATHOLIC DIOCESE OF WILMINGTON,
INC., REV. EDWARD SMITH and
REV. MICHAEL A. SALTARELLI
DEFENDANTS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 - 796

TO: (Name and address of

Michael A. Saltarelli
1925 Delaware Avenue
Wilmington, DE 19806

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas S. Neuberger, Esquire
The Neuberger Firm, P.A.
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801

Phone: 302-655-0582
Fax: 302-655-9329

an answer to the complaint which is served on you with ____20____ days after of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO
CLERK

NOV 17 2005
DATE

Evette Watson
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE  1/4/06 @ 1:54 pm |
| NAME OF SERVER (PRINT)  ADAM GOLDEN | TITLE  SPS |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a discretion then residing therein.

Name of person with whom the summons and _____

☐ Returned _____

☒ Other    SERVED PATRICIA BOSSI, SECRETARY, AUTHORIZED TO ACCEPT SERVICE
(white female, red/brown hair, 55, 5/6, 170 lbs)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America contained in the Return of Service and Statement of Service Fees is true and correct.

Executed  1/4/06
                Date

Signature of Server
D. M. PROFESSIONAL SERVICES
5 Orchard Lane
Wilmington, DE 19809
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.