# UNITED STATES DISTRICT COURT

District of     DELAWARE

LT. CMDR. KENNETH J. WHITWELL,
        PLAINTIFF

V.

ARCHMERE ACADEMY, INC.,
CATHOLIC DIOCESE OF WILMINGTON,
INC., REV. EDWARD SMITH and
REV. MICHAEL A. SALTARELLI
        DEFENDANTS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 - 796

TO: (Name and address of

REV. EDWARD SMITH
Immaculate Conception Priory
1269 Bayview Road
Middletown, DE 19709

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas S. Neuberger, Esquire
The Neuberger Firm, P.A.
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801

Phone: 302-655-0582
Fax: 302-655-9329

an answer to the complaint which is served on you with ___20___ days after of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                NOV 17 2005

CLERK                                                     DATE

*/s/ Evette Watson*

(By) DEPUTY CLERK
AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  1/3/05 @ 10:43 am |
| NAME OF SERVER (PRINT)  RONALD LENNON | TITLE  SPS |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a discretion then residing therein.

Name of person with whom the summons and _____

☐ Returned _____

☒ Other   SERVED REV. BENNOTO, AUTHORIZED TO ACCEPT SERVICE (White male, 50, 5'8",
           185 lbs, glasses)

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America contained in the Return of Service and Statement of Service Fees is true and correct.

Executed  1/3/05        *Ronald Lennon* (signature)
          Date          Signature of Server
                        D. M. PROFESSIONAL SERVICES
                        5 Orchard Lane
                        Wilmington, DE 19809
                        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.