IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Lt. Commander Kenneth J. Whitwell, <br> U. S. Navy, | : <br> : <br> : | <br> C. A. No.: 05 CV 796 |
| Plaintiff, | : <br> : | |
| v. | : <br> : | TRIAL BY JURY DEMANDED |
| Archmere Academy, Inc., a Delaware corporation; <br> The Catholic Diocese of Wilmington, Inc., a Delaware corporation; <br> Rev. Edward Smith, individually and in his official capacity; and <br> Rev. Michael A. Saltarelli, in his official capacity, | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | |
| Defendants. | : | |

**CERTIFICATE OF SERVE**

I, Mark L. Reardon, Esquire, hereby certify that two copies of the attached **MOTION TO DISMISS OF DEFENDANT, ARCHMERE ACADEMY, INC.** were served via Electronic Filing upon the following individual(s):

Thomas S. Neuberger, Esquire  
Stephen J. Neuberger, Esquire  
The Neuberger Firm  
Two East Seventh Street, Suite 302  
Wilmington, DE   19801

Anthony G. Flynn, Esquire  
Neilli Mullen Walsh, Esquire  
Young Conaway Stargatt & Taylor, LLP  
1000 West Street, 17th Floor  
P. O. Box 391  
Wilmington, DE   19899-0391

ELZUFON AUSTIN REARDON  
TARLOV & MONDELL, P.A.

*/s/ MARK L. REARDON*

MARK L. REARDON  
300 Delaware Avenue, Suite 1700  
P.O. Box 1630  
Wilmington, DE   19899-1630  
(302) 428-3181  
Attorney for Defendant Archmere Academy, Inc.

Dated: March 27, 2006  
G:\Docs\CLIENT\131230\16670\pleading\00332106.DOC