IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH J. WHITWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. NO. 05-796 (SLR) |
| ) | |
| ARCHMERE ACADEMY, INC., a ) | JURY TRIAL BY |
| Delaware corporation; CATHOLIC ) | TWELVE DEMANDED |
| DIOCESE OF WILMINGTON, INC., a ) | |
| Delaware corporation; Rev. EDWARD ) | |
| SMITH, individually and in his official ) | |
| capacity; and Rev. MICHAEL A. ) | |
| SALTARELLI, in his official capacity, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO DISMISS
## OF DEFENDANT CATHOLIC DIOCESE OF WILMINGTON, INC.

Pursuant to FRCP 12(b)(6), defendant Catholic Diocese of Wilmington, Inc. ("Diocese), by and through its undersigned counsel, hereby moves to dismiss all counts of Plaintiff's Complaint, on the ground, *inter alia*, that all of Plaintiff's claims are barred by the applicable statute of limitations. The reasons for this motion will more fully be set forth in the opening brief of the defendant Diocese in support of its motion to dismiss, which will be filed in accordance with the stipulated briefing schedule agreed to by the parties, subject to the approval of the Court.

WHEREFORE, defendant Catholic Diocese of Wilmington, Inc., respectfully requests that this Court issue an order dismissing with prejudice Plaintiff's Complaint in its entirety as it relates to defendant Diocese.

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        */s/ Anthony G. Flynn*
        Anthony G. Flynn (#74)
        Neilli Mullen Walsh (#2707)
        Jennifer M. Kinkus (#4289)
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, DE 19801
        (302) 571-6600
        (302) 571-1253
        Attorneys for Defendant Catholic Diocese of Wilmington, Inc.

DATED: March 27, 2006

DB02:5181641.1    059604.1013

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH J. WHITWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | C.A. NO. 05-796 (SLR) |
| ) | |
| ARCHMERE ACADEMY, INC., a ) | JURY TRIAL BY |
| Delaware corporation; CATHOLIC ) | TWELVE DEMANDED |
| DIOCESE OF WILMINGTON, INC., a ) | |
| Delaware corporation; Rev. EDWARD ) | |
| SMITH, individually and in his official ) | |
| capacity; and Rev. MICHAEL A. ) | |
| SALTARELLI, in his official capacity, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that two copies of the attached Motion to Dismiss of Defendant Catholic Diocese of Wilmington, Inc., were served via Electronic Filing upon the following counsel of record:

Thomas S. Neuberger
Stephen J. Neuberger
The Neuberger Firm
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801
Attorneys for Plaintiff

Mark L. Reardon
Elzufon Austin Reardon Tarlov & Mondell, P.A.
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, Delaware 19899-1630
Attorneys for Defendant Archmere Academy, Inc.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Anthony G. Flynn*
Anthony G. Flynn (#74)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Attorney for Defendants The Catholic Diocese of Wilmington, Inc. and Rev. Michael A. Saltarelli

DATED: March 27, 2006