IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH J. WHITWELL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ARCHMERE ACADEMY, INC., a ) <br> Delaware corporation; CATHOLIC ) <br> DIOCESE OF WILMINGTON, INC., a ) <br> Delaware corporation; Rev. EDWARD ) <br> SMITH, individually and in his official ) <br> capacity; and Rev. MICHAEL A. ) <br> SALTARELLI, in his official capacity, ) <br> ) <br> Defendants. ) | C.A. NO. 05-796 (SLR) <br><br> JURY TRIAL BY <br> TWELVE DEMANDED |

## MOTION TO DISMISS
## OF DEFENDANT REV. MICHAEL A. SALTARELLI

Pursuant to FRCP 12(b)(6), defendant Rev. Michael A. Saltarelli ("Bishop Saltarelli"), by and through his undersigned counsel, hereby moves to dismiss all counts of Plaintiff's Complaint, on the grounds, *inter alia*, that (1) Plaintiff's claims against defendant Bishop Saltarelli are barred by the applicable statute of limitations, (2) Plaintiff's Complaint fails to state any ground of liability against defendant Bishop Saltarelli, and (3) Plaintiff's Complaint fails to allege any facts sufficient to support piercing the corporate veil of liability and imposing personal liability on defendant Bishop Saltarelli. The reasons for this Motion will more fully be set forth in defendant Bishop Saltarelli's opening brief in support of his motion to dismiss, which will be filed in accordance with the stipulated briefing schedule submitted by the parties, subject to the approval of the Court.

WHEREFORE, defendant Rev. Michael A. Saltarelli respectfully requests that this Court enter an Order dismissing with prejudice Plaintiff's Complaint in its entirety as it relates to defendant Bishop Saltarelli.

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/ *Anthony G. Flynn*
> Anthony G. Flynn (#74)
> Neilli Mullen Walsh (#2707)
> Jennifer M. Kinkus (#4289)
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE 19801
> (302) 571-6600
> (302) 571-1253
> Attorneys for Defendant Rev. Michael A. Saltarelli

DATED: March 27, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH J. WHITWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. NO. 05-796 (SLR) |
| ) | |
| ARCHMERE ACADEMY, INC., a ) | JURY TRIAL BY |
| Delaware corporation; CATHOLIC ) | TWELVE DEMANDED |
| DIOCESE OF WILMINGTON, INC., a ) | |
| Delaware corporation; Rev. EDWARD ) | |
| SMITH, individually and in his official ) | |
| capacity; and Rev. MICHAEL A. ) | |
| SALTARELLI, in his official capacity, ) | |
| ) | |
| Defendants. ) | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that two copies of the attached Motion to Dismiss of Defendant Rev. Michael A. Saltarelli, were served via Electronic Filing upon the following counsel of record:

Thomas S. Neuberger          Mark L. Reardon
Stephen J. Neuberger         Elzufon Austin Reardon Tarlov & Mondell, P.A.
The Neuberger Firm           300 Delaware Avenue, Suite 1700
Two East Seventh Street, Suite 302   P.O. Box 1630
Wilmington, Delaware 19801   Wilmington, Delaware 19899-1630
Attorneys for Plaintiff      Attorneys for Defendant Archmere Academy, Inc.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Anthony G. Flynn*
Anthony G. Flynn (#74)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Attorney for Defendants The Catholic Diocese of Wilmington, Inc. and Rev. Michael A. Saltarelli

DATED: March 27, 2006