IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Lt. Commander Kenneth J. Whitwell, U. S. Navy, | : : : | |
| Plaintiff, | : : : | C. A. No.: 05 CV 796 SLR |
| v. | : : | TRIAL BY JURY DEMANDED |
| Archmere Academy, Inc., a Delaware corporation; The Catholic Diocese of Wilmington, Inc., a Delaware corporation; Rev. Edward Smith, individually and in his official capacity; and Rev. Michael A. Saltarelli, in his official capacity, | : : : : : : : : : : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

I, Mark L. Reardon, Esquire, hereby certify that two copies of the attached **Stipulated Briefing Schedule** were served via Electronic Filing/Hand Delivery upon the following individual(s):

| | |
|---|---|
| Thomas S. Neuberger, Esquire | Anthony G. Flynn, Esquire |
| Stephen J. Neuberger, Esquire | Neilli Mullen Walsh, Esquire |
| The Neuberger Firm | Young Conaway Stargatt & Taylor, LLP |
| Two East Seventh Street, Suite 302 | 1000 West Street, 17th Floor |
| Wilmington, DE 19801 | P. O. Box 391 |
| | Wilmington, DE 19899-0391 |

ELZUFON AUSTIN REARDON
TARLOV & MONDELL, P.A.

*/s/ MARK L. REARDON*

MARK L. REARDON
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630
(302) 428-3181
Attorney for Defendant Archmere Academy, Inc.

Dated: March 27, 2006
\\fs2\gdrive\Docs\CLIENT\131230\16670\pleading\00332109.DOC