IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Lt. Commander Kenneth J. Whitwell, | : | |
| | : | C. A. No.: 05 CV 796 SLR |
| Plaintiff, | : | |
| | : | |
| v. | : | TRIAL BY JURY OF TWELVE |
| | : | DEMANDED |
| | : | |
| Archmere Academy, Inc., a Delaware | : | |
| corporation; | : | |
| The Catholic Diocese of Wilmington, Inc., | : | |
| a Delaware corporation; | : | |
| Rev. Edward Smith, individually and | : | |
| in his official capacity; and | : | |
| Rev. Michael A. Saltarelli, in his official | : | |
| capacity, | : | |
| | : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

I, Mark L. Reardon, Esquire, hereby certify that two copies of the attached **OPENING BRIEF IN SUPPORT OF DEFENDANT ARCHMERE ACADEMY, INC.'S MOTION TO DISMISS** were served via Electronic Filing upon the following individual(s):

| | |
|---|---|
| Thomas S. Neuberger, Esquire | Anthony G. Flynn, Esquire |
| Stephen J. Neuberger, Esquire | Neilli Mullen Walsh, Esquire |
| The Neuberger Firm | Young Conaway Stargatt & Taylor, LLP |
| Two East Seventh Street, Suite 302 | 1000 West Street, 17th Floor |
| Wilmington, DE  19801 | P. O. Box 391 |
| | Wilmington, DE  19899-0391 |

ELZUFON AUSTIN REARDON
TARLOV & MONDELL, P.A.

*/s/ Mark L. Reardon*

MARK L. REARDON
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE  19899-1630
Telephone: (302) 428-3181
Facsimile: (302) 428-3181
E-Mail: mreardon@elzufon.com
Attorney for Defendant
Dated: June 23, 2006        Archmere Academy, Inc.