IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LT. CMDR. KENNETH J. WHITWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. NO. 05-796 (SLR) |
| ) | |
| ARCHMERE ACADEMY, INC., a ) | JURY TRIAL BY |
| Delaware corporation; CATHOLIC ) | TWELVE DEMANDED |
| DIOCESE OF WILMINGTON, INC., a ) | |
| Delaware corporation; Rev. EDWARD ) | |
| SMITH, individually and in his official ) | |
| capacity; and Rev. MICHAEL A. ) | |
| SALTARELLI, in his official capacity, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies a copy of the attached Reply Brief of Defendant Rev. Michael A. Saltarelli in Support of Its Motion ot Dismiss were served via Electronic Filing upon the following counsel of record:

Thomas S. Neuberger
Stephen J. Neuberger
The Neuberger Firm
Two East Seventh Street, Suite 302
Wilmington, DE 19801
*Attorneys for Plaintiff*

Mark L. Reardon
Elzufon Austin Reardon Tarlov & Mondell, P.A.
300 Delaware Avenue, Suite 1700
Wilmington, DE 19899-1630
*Attorneys for Defendant Archmere Academy, Inc.*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Anthony G. Flynn (#74)
Nelli Mullen Walsh (#2707)
Jennifer M. Kinkus (#4289)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899-0391
Attorneys for Defendant Catholic Diocese of Wilmington, Inc.

Dated: November 6, 2006