IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LT. CMDR. KENNETH J. WHITWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | C.A. NO. 05-796 (SLR) |
| ) | |
| ARCHMERE ACADEMY, INC., a ) | JURY TRIAL BY |
| Delaware corporation; CATHOLIC ) | TWELVE DEMANDED |
| DIOCESE OF WILMINGTON, INC., a ) | |
| Delaware corporation; Rev. EDWARD ) | |
| SMITH, individually and in his official ) | |
| capacity; and Rev. MICHAEL A. ) | |
| SALTARELLI, in his official capacity, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies a copy of the attached Reply Brief of Defendant Catholic Diocese of Wilmington, Inc. in Support of Its Motion ot Dismiss were served via Electronic Filing upon the following counsel of record:

Thomas S. Neuberger
Stephen J. Neuberger
The Neuberger Firm
Two East Seventh Street, Suite 302
Wilmington, DE 19801
*Attorneys for Plaintiff*

Mark L. Reardon
Elzufon Austin Reardon Tarlov & Mondell, P.A.
300 Delaware Avenue, Suite 1700
Wilmington, DE 19899-1630
*Attorneys for Defendant Archmere Academy, Inc.*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Anthony G. Flynn (#74)
Nelli Mullen Walsh (#2707)
Jennifer M. Kinkus (#4289)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899-0391
Attorneys for Defendant Catholic Diocese of Wilmington, Inc.

Dated: November 6, 2006