IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

KENNETH J. WHITWELL,                )
                                    )
            Plaintiff,              )
                                    )
      v.                            )   Civ. No. 05-796-SLR
                                    )
ARCHMERE ACADEMY, INC.,             )
CATHOLIC DIOCESE OF                 )
WILMINGTON, INC., REV. EDWARD       )
J. SMITH, REV. MICHAEL A.           )
SALTARELLI,                         )
                                    )
            Defendants.             )

### O R D E R

At Wilmington this 30th day of November, 2006, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that defendants Archmere Academy's, Catholic Diocese of Wilmington's, and Michael A. Saltarelli's motions to dismiss (D.I. 6, 7, 8) are granted.

_____
United States District Judge