IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH J. WHITWELL,<br><br>        Plaintiff,<br><br>    v.<br><br>ARCHMERE ACADEMY, INC.,<br>CATHOLIC DIOCESE OF<br>WILMINGTON, INC., REV. EDWARD<br>J. SMITH, and REV. MICHAEL A.<br>SALTARELLI,<br><br>        Defendants. | Civ. No. 05-796-SLR |

**DEFAULT IN APPEARANCE**

AN ENTRY OF DEFAULT IN APPEARANCE is entered against defendant Rev. Edward Smith pursuant to Federal Rule of Civil Procedure 55(a) as defendant has failed to answer or otherwise respond to the complaint. (See D.I. 5, 10)

Dated: November 30, 2006

_____
(By) Deputy Clerk