IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH J. WHITWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-796-SLR |
| | ) |
| REV. EDWARD J. SMITH, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 4th day of December, 2006, the Clerk of Court having issued a default in appearance against defendant Rev. Edward J. Smith on November 30, 2006 pursuant to Fed. R. Civ. P. 55(a);

IT IS ORDERED that a default hearing shall be heard on **Tuesday, January 30, 2007, at 8:30 a.m.** in courtroom 6B on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

_____
United States District Judge