IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH J. WHITWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-796-SLR |
| | ) |
| REV. EDWARD J. SMITH, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 31st day of January, 2007, the court having conducted a hearing on plaintiff's motion for entry of default judgment as to remaining defendant Rev. Edward J. Smith;

IT IS ORDERED that:

1. Plaintiff's motion (D.I. 11) is granted and default judgment is hereby entered against defendant Rev. Edward J. Smith in this action.

2. A jury trial on damages shall commence on **Thursday, March 29, 2007 at 9:30 a.m.** in courtroom 6B on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

3. Plaintiff shall file preliminary jury instructions, final jury instructions, and proposed voir dire on or before **March 22, 2007.**

_____
United States District Judge