IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Lt. Commander KENNETH J. WHITWELL, U.S. Navy, | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | :    C.A.No.05-796-SLR <br> : |
| ARCHMERE ACADEMY, INC., a Delaware corporation; CATHOLIC DIOCESE OF WILMINGTON, INC., a Delaware corporation; Rev. EDWARD SMITH, individually and in his official capacity; and Rev. MICHAEL A. SALTARELLI, in his official capacity, | : <br> : <br> : <br> : <br> : <br> : <br> : |
| Defendants. | : |

**UNSWORN SUPPLEMENTAL DECLARATION OF RONALD LENNON
REGARDING D.I. 5 UNDER 28 U.S.C. § 1746**

I, Ronald Lennon, hereby depose and state as follows:

1. I have personal knowledge of the facts contained in this declaration and, if called as a witness, I am competent to testify as to those facts.

2. At the time service upon defendant Smith was executed in this case in January of 2006, I was employed as a process server with D&M Professional Services ("D&M").

3. D.I. 5 is a sworn Return of Service signed by me dated January 3, 2005. The date on this Return of Service is incorrect as service on defendant Smith was completed on January 3, 2006.

4. Review of D.I. 5 shows that I inadvertently signed the Return of Service. Service on defendant Smith was completed by Robert Delacy.

5. The circumstances surrounding this occurrence is explained in detail in the

"Declaration of Robert Delacy Regarding D.I.5" filed contemporaneously with this affidavit.

_____
**Ronald Lennon**

  I declare under penalty of perjury that the foregoing is true and correct.  Executed on February _5_, 2007.

Whitwell / Pleadings / Lennon Declaration