AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     DELAWARE

LT. CMDR. KENNETH J. WHITWELL,
    PLAINTIFF

**SUMMONS IN A CIVIL CASE**

V.

ARCHMERE ACADEMY, INC.,
CATHOLIC DIOCESE OF WILMINGTON,
INC., REV. EDWARD SMITH and
REV. MICHAEL A. SALTARELLI
    DEFENDANTS

CASE NUMBER:    0 5 -   7 9 6

TO: (Name and address of

    REV. EDWARD SMITH
    Immaculate Conception Priory
    1269 Bayview Road
    Middletown, DE 19709

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Thomas S. Neuberger, Esquire
    The Neuberger Firm, P.A.
    Two East Seventh Street, Suite 302
    Wilmington, Delaware 19801

    Phone: 302-655-0582
    Fax: 302-655-9329

an answer to the complaint which is served on you with   **20**   days after of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO              NOV 1 7 2005

CLERK                                                    DATE

*[signature]*

(By) DEPUTY CLERK
AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE<br>1/3/06 @ 10:43 a.m. |
| NAME OF SERVER *(PRINT)*<br>ROBERT DELACY | TITLE<br>SPS |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a discretion then residing therein.

Name of person with whom the summons and _____

☐ Returned _____

☒ Other   SERVED REV. BAGNATO, AUTHORIZED TO ACCEPT SERVICE (White male, 50, 5'8", 185 lbs, glasses)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America contained in the Return of Service and Statement of Service Fees is true and correct.

Executed  1/3/06
         *Date*

*Signature of Server*
D. M. PROFESSIONAL SERVICES
5 Orchard Lane
Wilmington, DE  19809
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.