IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LT. COMMANDER KENNETH J. WHITWELL, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civ. No. 05-796-SLR ) |
| REV. EDWARD SMITH, | ) ) |
| Defendant. | ) ) |

ORDER

At Wilmington this 23rd day of March, 2007, in preparation for the jury trial on damages scheduled to commence on Thursday, March 29, 2007;

IT IS ORDERED that:

1. On or before Tuesday, March 27, 2007, plaintiff shall submit his proposed voir dire and final jury instructions.

2. Plaintiff's counsel shall have eight (8) trial hours in which to present his damages case, on Thursday, March 29 from 9:30 a.m. to 4:30 p.m., and on Friday, March 30, from 10:30 a.m. to 12:30 p.m.

*[signature]*
United States District Judge