AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

Commander Kenneth J. Whitwell

V.

Rev. Edward J. Smith

**EXHIBIT AND WITNESS LIST**

Case Number: 05-796-SLR

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Sue L. Robinson | Thomas and Stephen Neuberger | Not Present |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 3/29/07 - 3/30/07 | Rueann Warner / V. Gunning | F. Tassone |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 2 |  | 3/29/07 |  | ✓ | The 1983 Patio Yearbook (Whitwell) |
| 4 |  |  |  | ✓ | 5/22/02 Letter from Archmere |
| 1a-g |  |  |  | ✓ | Photographs |
| 3 |  |  |  | ✓ | CaughtLive Yearbook |
| 6 |  |  |  | ✓ | Unsworn Declaration of Captain William A. McDonald |
| 5 |  |  |  | ✓ | Commander Kenneth Whitwell, USN, Health Care Providers |
| 8 |  |  |  | ✓ | 1/16/06 Letter from Thomas A. Bergstrom |
| 7 |  |  |  | ✓ | Curriculum Vitae, Carol A. Tavani, M.D. (Tavani) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages