IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH J. WHITWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 05-796-SLR |
| | ) | |
| REV. EDWARD J. SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

At Wilmington this 4th day of April, 2007,

IT IS ORDERED that the Clerk of Court for the District of Delaware be and

is hereby directed to furnish lunch for six (6) jurors in the above captioned case for the

dates of March 29 and 30, 2007.

_____
United States District Judge

cc:  Financial Administrator