IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COMMANDER KENNETH J. WHITWELL, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civ. No. 05-796-SLR |
| REV. EDWARD J. SMITH, | ) ) ) |
| Defendant. | ) |

**JUDGMENT IN A CIVIL CASE**

For reasons stated in the jury verdict returned on March 30, 2007;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of plaintiff Kenneth J. Whitwell and against defendant Edward J. Smith.

_____
United States District Judge

Dated: April 10, 2007

_____
(By) Deputy Clerk