# Exhibit A

Tuesday, April 3, 2007

0830 - Arrived at The Norbertine Order located at 1269 Bayview Road, Middletown, DE 19709, identified by a black mail box at the end of the driveway where it intersects Bayview Road with the numbers "1269" displayed. This community appears to be a Catholic convalescent home made up of elderly, retired priests of the Norbertine Order. This is a large parcel of land encompassing many acres of open space with several brick structures to include a dinning hall, chapel, several story condominium style building among others. The complex is situated several hundred feet from the roadway connected by way of a several hundred feet winding asphalt driveway. The complex is nondescript, secluded, private and hidden from view by surrounding trees and the high rolling countryside.

Upon my arrival, I was immediately contacted in the parking lot in front of the complex by a middle aged w/m who identified himself to be Vince Reardon, a non-clergyman who is the grounds keeper of the complex. I provided identification to Mr. Reardon and then proceeded to question him as to the whereabouts of Father Edward J. Smith.

Mr. Reardon indicated to me that as far as he knew, Father Smith still resided at the Middletown complex, however, he had not seen Father Smith since the previous Thursday, March 29, 2007. When pressed as to Mr. Smith's whereabouts, Mr. Reardon indicated that he believed Mr. Smith may have gone to his mother's residence in Pennsylvania, however, did not know that address. I asked who would know exactly where Mr. Smith could be contacted and Mr. Reardon replied, "Father Smith's superior, Father Bagnato." I asked to speak with Father Bagnato, however, Mr. Reardon informed me that Father Bagnato was not on the complex due to a morning medical appointment. Mr. Reardon indicated that he expected Father Bagnato to return later in the day. I then asked Mr. Reardon if there were any other priests on the complex that I could speak to. Mr. Reardon said that he would go inside to see if anyone else would speak with me.

An elderly w/m emerged from the building adjacent to the front parking area and introduced himself to be Abbott Logan. He indicated that he believed that Father Smith was not on the complex and that he had not scene Father Smith in several weeks. He also said that he believed that the vehicle Father Smith drives, a silver Nissan, was not in the parking lot of which we were standing. When asked who would know where Father Smith could be contacted, he also indicated , "Father Bagnato, his superior." Abbott Logan also looked around the parking area and advised me that the vehicle that Father Bagnato usually drives, a silver Honda, was also missing from the parking area. Abbott Logan believed that Father Logan would return later in the day. I indicated to him that I would be returning to talk with Father Bagnato.

1200 - Arrived at 1631 South Marston Street, Philadelphia, PA 19145-1205, home of the late Catherine I. (Rossiter) Smith and mother of Father Edward J. Smith. This is an attached single family, two-story row home with an adjoining residence on both sides. The home has several steps leading from the sidewalk up to a small gated, covered porch. The porch was attached to the neighboring porch of the residence to the left of the front door, however, separated by a small partition. The front door consists of a plexiglass and aluminum storm door followed by a hardwood and glass door. I observed what I believed to be white aluminum Venetian blinds on both the first and second floor windows which were drawn concealing from view any and all contents of the residence. Parked directly in front of this residence was a silver 2006 Nissan Maxima displaying DE registration 914976. DMV records indicate that this vehicle's registered owner is the Norbertine Fathers Inc. of 1269 Bayview Road, Middletown, DE 19709, matching the description provided earlier by Abbott Logan. The vehicle was locked, however, several utility bills along with a Comcast Cable Company bill addressed to Comcast from C. Smith of 1631 S. Marston St., Philadelphia, PA. 19145-1205 Account number 09565 182070-01-7 were observed in plain view on the rear seat of this Nissan. I made several attempts at making contact with Father Smith by knocking loudly on the storm and solid doors along with the front window of the first floor with no response. I attempted to make access to the rear door, however, the rear privacy fence and gate was locked prohibiting access to the rear of this residence. Observation of the rear second floor windows were also equipped with the same blinds preventing visual access to the interior of the residence.

I approached an elderly w/m neighbor who just arrived home from grocery shopping. The gentleman lives diagonally across S. Marston Street from the Smith residence at 1626 S. Marston St., in a mirror image row-home. He indicated that he knew Father Smith and that if Smith did not answer the door that he would most likely be found at the Paoli Abbey where Father Smith would utilize his accounting skills to keep the Abbey's book straight. He also indicated by pointing at the silver Nissan Maxima and saying, "That's Father Smith's car. Maybe he got a ride to the Abbey."

1430 - Arrived at the Paoli Abbey located at 220 South Valley Road, Paoli, PA 19301-1911. This is a very large several acre complex with several very large brick buildings. I entered the main entrance to the complex and parked in front of what appeared to be the main lobby area and heart of the complex. I was greeted by a middle aged w/f receptionist who when asked if Father Smith was available indicated that she didn't know a Father Smith and she had been the receptionist for several years. I asked to speak with the superior of the Abbey. I was put on the phone with Prior John Joseph Novielli who was very nervous and evasive. Prior Novielli refused to answer any of my questions and immediately referred me to the Abbey's Public Information Supervisor (PIS), Father William Kelly. Father Kelly met me outside in the parking area and indicated that Father Smith did not reside or work at the Paoli Abbey. When asked regarding Father Smith's involvement with the Abbey's book keeping, Father Kelly repeated that Father Smith does not work or reside here and that I should contact his superior, Father Bagnato of the Norbertine Order in Middletown, DE where Father Smith

does reside.

1715 - Returned to 1631 S. Marston St. Philadelphia, PA to find the 2006 Nissan along with the residence in the same condition and position of my earlier visit. However, the occupants of the adjoining residence of 1629 S. Marston Street occupied the front porch and steps of their residence enjoying the mild weather. As I approached the adjoining Smith residence, I exchanged pleasantries with the neighbors and then asked them if Father Smith was home. Both the male and female adults indicated that they believed "Eddie" was home. After several minutes of knocking and attempting to get a response from Mr. Smith, the b/m neighbor stepped out onto the sidewalk and started shouting "Eddie" up to the second floor of the Smith residence. The b/f neighbor advised me that they believed that Father Smith was in the residence because they had seen him earlier in the day. All available and appropriate means to draw Father Smith to answer his door were exhausted.

2018 - Returned to The Norbertine Order at 1269 Bayview Rd. Middletown, DE 19709 where as I rang the front door bell I was approached by a middle aged w/m who when I asked identified himself to be Father Bagnato. I asked if he was the superior of Father Edward J. Smith of which he answered "Yes I am." After I identified myself, I asked if he knew of Father Smith's whereabouts. Father Bagnato answered "I don't feel comfortable answering that question." I explained to him that I had very important paperwork for Father Smith. Father Bagnato asked "Shouldn't this be handled through attorneys?" I said yes, but Father Smith has yet to respond to repeated requests by both the Neuberger Firm and the Federal Court of Wilmington pre-trial, during trial, during the penalty phase and now post trial and has yet to indicate to anyone that he has representation. Father Bagnato then stated "I know that Father Smith does have an attorney." I asked Father Bagnato the name of the attorney and he indicated that he would have to ask Father Smith for that information.

I told Father Bagnato that this paperwork is very important and that Father Smith and his attorney need this information immediately. I then asked if Father Bagnato would give the document to Father Smith or his attorney and he replied "Yes." and I handed him the Notice of Deposition Duces Tecum for Father Smith. Father Bagnato then asked "Who should I say you are and how to contact you? Do you have a card? I replied "No, but here is Tom Neuberger's phone number" as I wrote that information on the rear side of Father Bagnato's subpoena. I then handed him the second subpoena, the Notice of Deposition Duces Tecum for Father Bagnato and as he took it he responded, "I don't know that I feel comfortable taking this paperwork" and attempted to hand the subpoenas back to me. I responded "No thank you, they are yours now, consider yourself served."

As I walked across the parking lot to my vehicle, I looked back at Father Bagnato who had the documents in hand and appeared to be reading them with light provided by exterior porch lighting as he entered an exterior door.