IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COMMANDER KENNETH J. WHITWELL: | : | |
| Plaintiff | : | |
| | : | |
| v. | : | C.A. No. 05-796-SLR |
| | : | |
| REV. EDWARD SMITH | : | |
| | : | |
| Defendant. | : | |

## ENTRY OF APPEARANCE

Please enter the appearance of Kathleen M. Jennings, Esquire and Karen V. Sullivan, Esquire of Oberly, Jennings & Rhodunda, P.A. as counsel of record for the Defendant in the above-captioned case.

      /s/ Kathleen M. Jennings
Kathleen M. Jennings (No. 913)
Karen V. Sullivan (No. 3872)
Oberly, Jennings & Rhodunda, P.A.
1220 Market Street, Suite 710
P.O. Box 2054
Wilmington, DE  19899
Counsel for Defendant

Dated:  April 30, 2007