## **CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of April, 2007, the foregoing document was electronically filed with the Clerk of the Court for the U.S. District Court, District of Delaware, using CM/ECF which will send notification of such filing to the following:

Thomas S. Neuberger (No. 243)
The Neuberger Firm, P.A.
2 East Seventh Street, Suite 302
Wilmington, DE  19801-3707

    /s/  Kathleen M. Jennings
Kathleen M. Jennings (No. 913)