**CERTIFICATE OF SERVICE**

     I hereby certify that on the 4th day of May, 2007, the foregoing Defendant's Motion for Protective Order Governing the Production and Exchange of Confidential Information was served by hand delivery on the following and was electronically filed with the Clerk of the Court for the U.S. District Court, District of Delaware, using CM/ECF which will send notification of such filing to the following:

Thomas S. Neuberger (No. 243)
The Neuberger Firm, P.A.
2 East Seventh Street, Suite 302
Wilmington, DE  19801-3707

                                          /s/  Kathleen M. Jennings
                                          Kathleen M. Jennings (No. 913)