IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Commander KENNETH J. WHITWELL, U.S. Navy, | : | |
| Plaintiff, | : | |
| v. | : | C.A.No.05-796-SLR |
| ARCHMERE ACADEMY, INC., a Delaware corporation; CATHOLIC DIOCESE OF WILMINGTON, INC., a Delaware corporation; Rev. EDWARD SMITH, individually and in his official capacity; and Rev. MICHAEL A. SALTARELLI, in his official capacity, | : | |
| Defendants. | : | |

**NOTICE OF APPEAL**

Notice is hereby given that Commander Kenneth J. Whitwell, plaintiff in the above captioned case, hereby appeals to the United States Court of Appeals for the Third Circuit from the following opinions and orders entered in this action.

1. From the District Court's written opinion (D.I. 21) and Order (D.I. 22), each dated November 30, 2006, which granted defendants Archmere Academy, Inc.'s, Catholic Diocese of Wilmington's, and Rev. Michael A. Saltarelli's motions to dismiss the allegations against them as time-barred.

2. Judgment in this case on all other remaining claims was entered on April 12, 2007. (D.I. 55).

**THE NEUBERGER FIRM, P.A.**

/s/ Stephen J. Neuberger
**THOMAS S. NEUBERGER, ESQUIRE (#243)**
**STEPHEN J. NEUBERGER, ESQUIRE (#4440)**
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801
(302) 655-0582
TSN@NeubergerLaw.com
SJN@NeubergerLaw.com

Dated: May 10, 2007                    Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

    I, Thomas S. Neuberger, being a member of the bar of this Court do hereby certify that on May 10, 2007, I electronically filed this **Pleading** with the Clerk of the Court using CM/ECF. I have sent a copy of this Pleading via email to the following:

    Anthony G. Flynn, Esq.
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
aflynn@ycst.com

    Mark L. Reardon, Esq.
Ezlufon Austin Reardon Tarlov & Mondell, P.A.
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630
mreardon@elzufon.com

    Kathleen Jennings, Esq.
Oberly, Jennings & Rhohunda, P.A.
1220 Market Street, Suite 710
P.O. Box 2054
Wilmington, Delaware 19899-0391
kjennings@ojlaw.com

    /s/ Stephen J. Neuberger
    **STEPHEN J. NEUBERGER, ESQ.**