# OBERLY, JENNINGS & RHODUNDA, P.A.
### 1220 Market Street - Suite 710
### P. O. Box 2054
### Wilmington, Delaware 19899

Charles M. Oberly, III
Kathleen M. Jennings
William J. Rhodunda, Jr.
-----------
Karen V. Sullivan

(302) 576-2000
Fax (302) 576-2004
E.I.No. 51-0364261
Writer's e-mail kjennings@ojlaw.com

May 15, 2007

**Via CM/ECF Filing & Hand Delivery**
The Honorable Sue L. Robinson
United States District Court
844 North King Street, Room 4209
Lockbox 18
Wilmington, DE 19801

Re: **Whitwell v. Rev. Edward Smith, et al.; C.A. No. 05-796-SLR**

Dear Judge Robinson:

Enclosed for Your Honor's consideration is a Stipulated Order Governing the Production and Exchange of Confidential Information that resolves the Motion for Protective Order filed by Father Edward Smith (D.I. 60). The parties respectfully request that Your Honor sign the Order.

I am available at the convenience of the Court to answer any questions.

Respectfully submitted,

KATHLEEN M. JENNINGS (No. 913)

KMJ/all
Enclosure
cc:   Thomas S. Neuberger, Esquire (via CM/ECF)