IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **Commander KENNETH J. WHITWELL,** U.S. Navy, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **ARCHMERE ACADEMY, INC.**, a Delaware corporation; **CATHOLIC DIOCESE OF WILMINGTON, INC.**, a Delaware corporation; Rev. **EDWARD SMITH**, individually and in his official capacity; and Rev. **MICHAEL A. SALTARELLI**, in his official capacity, | : | C.A.No.05-796-SLR |
| | : | |
| Defendants. | : | |

## ORDER

On this _____ day of _____, 2007, the Court having considered Plaintiff's motion to register judgment in a foreign district for good cause shown,

IT IS ORDERED THAT, for good cause shown,

1. The Judgment entered against Defendant Edward Smith on April 12, 2007 (D.I. 55) be certified and registered for transfer to a foreign district.

_____
United States District Judge