**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **Commander KENNETH J. WHITWELL, U.S. Navy,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | C.A.No. 05-796 (SLR) |
| | : | |
| **Rev. EDWARD SMITH, individually and in his official capacity,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |
| | : | |
| | : | |

**WRIT OF ATTACHMENT FIERI FACIAS**

**TO THE MARSHAL OF THE U.S. DISTRICT COURT FOR THE DISTRICT OF DE:**

Serve this Writ of Attachment on The Norbertine Fathers of Delaware, Inc., 1269 Bayview Road, Middletown, Delaware, 19709 to attach wages, salaries, commissions or any other form of payment for labor or services belonging or owing to Edward J. Smith to satisfy a debt owed to the above named plaintiff by the defendant in the amount of $41,000,000. according to the judgment of the District Court of Delaware, case number 05-796 (SLR).

**To the defendant's employer:**

If there is not an existing wage attachment, the District Court requires you to deduct a portion of defendant's wages, salaries, commissions or any other form of payment due or owing to the defendant [in accordance with the following statutes: 10 Del C. § 4913(a); 15 U.S.C. § 1673; 15 U.S.C. § 1677 and 29 U.S.C. § 206(a)(a)] to: Thomas S. Neuberger, The Neuberger Firm, P.A., Two East Seventh Street, Suite 302, Wilmington, Delaware 19801.

As the Defendant's employer you are to begin the attachment and deductions immediately. You are to continue this attachment until the amounts that the defendant owes have been paid. You must respond to the District Court and to the plaintiff's attorney within 20 days after service of this writ upon you, not counting the day that you received this writ. Your failure to respond and begin the attachment as commanded may result in a default judgment against you for the amounts the defendant owes as shown below.

The amounts the defendant owes are:

    Debt: $41,000,000.
    Clerk of Court filing fee:_____
    Marshal Fee: $100.

Return this writ on or before August 22, 2007.

                                          CLERK OF COURT

Issued_____.

                                          per deputy

Whitwell, Ken\Execution\Related Pleadings\Smith\Wage Attachment Execution- Norbetine DE.wpd