# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Commander KENNETH J. WHITWELL, U.S. Navy, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A.No. 05-796 (SLR) |
| | : | |
| Rev. EDWARD SMITH, individually and in his official capacity, | : | |
| | : | |
| Defendant. | : | |

## PRAECIPE FOR WRIT OF ATTACHMENT FIERI FACIAS

**TO THE CLERK:**

PLEASE ISSUE AMENDED WRIT OF ATTACHMENT FIERI FACIAS in the above matter, directed to the United States Marshal for the District of Delaware, to be served on The Norbertine Fathers of Delaware, Inc., 1269 Bayview Road, Middletown, Delaware, 19709 to attach wages, salaries, commissions or any other form of payment for labor or services belonging or owing to Edward J. Smith to satisfy a debt owed to the above named plaintiff by the defendant in the amount of $41,000,000. according to the judgment of the District Court of Delaware, case number 05-796 (SLR).

Amount Due          $      41,000,000.

**THE NEUBERGER FIRM, P.A.**

      /s/ Thomas S. Neuberger
**THOMAS S. NEUBERGER, ESQ.**
**STEPHEN J. NEUBERGER, ESQ.**
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801
(302) 655-0582
Date: August 28, 2007          TSN@NeubergerLaw.com
          SJN@NeubergerLaw.com

Whitwell, Ken\Execution\Related Pleadings\Smith\ Praecipe For Amended Writ of Attachment- Wages.wpd