# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Commander KENNETH J. WHITWELL,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | |
| : | |
| **REV. EDWARD J. SMITH,** : | C.A.No. 05-796-SLR |
| : | |
| **Defendant.** : | |
| : | |

## NOTICE OF DEPOSITION OF THE DEFENDANT REV. EDWARD SMITH IN AID OF EXECUTION

TO: Rev. Edward J. Smith
    Immaculate Conception Priory
    1269 Bayview Road
    Middletown, DE 19709

    PLEASE TAKE NOTICE that the undersigned counsel for the plaintiff will take the oral deposition of the defendant in aid of execution, at the time and date indicated, continuing from day to day until completed, at the offices of The Neuberger Firm, P.A., Two East Seventh Street, Suite 302, Wilmington, Delaware 19801.

    The deposition will be taken by stenographic means and also videotaped.

| **NAME:** | **DATE and TIME** |
|---|---|
| Rev. Edward J. Smith | July 30, 2008 at 10:00 a.m. |

        **THE NEUBERGER FIRM, P.A.**

        /s/ Stephen J. Neuberger
        **THOMAS S. NEUBERGER, ESQUIRE (#243)**
        **STEPHEN J. NEUBERGER, ESQUIRE (#4440)**
        Two East Seventh Street, Suite 302
        Wilmington, Delaware 19801
        (302) 655-0582
        TSN@NeubergerLaw.com
        SJN@NeubergerLaw.com

Dated: June 12, 2008      Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I, Thomas S. Neuberger, being a member of the bar of this Court do hereby certify that on June 12, 2008, I electronically filed this **Pleading** with the Clerk of the Court using CM/ECF. I have sent a copy of this Pleading via email to the following:

>Kathleen Jennings, Esq.
>Wilmington Trust Center
>1100 North Market Street
>Suite 1001
>Wilmington, DE 19801
>KJennings@WOLFBLOCK.com

>/s/ Thomas S. Neuberger
>**THOMAS S. NEUBERGER, ESQ.**

cc:   Wilcox & Fetzer
      Delmarva Reporting/Video
      client

Whitwell, Kenneth/ Pleadings-drafts/ Notice of Deposition-Smith.final.wpd