## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **Commander KENNETH J. WHITWELL,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **REV. EDWARD J. SMITH,** | : | **C.A.No. 05-796-SLR** |
| | : | |
| **Defendant.** | : | |
| | : | |

### ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Robert Jacobs, Esquire of Jacobs & Crumplar, P.A., hereby enters his appearance on behalf of Plaintiff in this case. The Neuberger Firm remains co-counsel.

**JACOBS & CRUMPLAR, P.A.**

/s/ Robert Jacobs
**ROBERT JACOBS, ESQUIRE (#244)**
**THOMAS C. CRUMPLAR, ESQUIRE (#942)**
Two East Seventh Street, Suite 400
Wilmington, DE 19801
(302) 656-5445
Bob@JCdeLaw.com
Tom@JCdeLaw.com

**THE NEUBERGER FIRM, P.A.**

/s/ Thomas S. Neuberger
**THOMAS S. NEUBERGER, ESQUIRE (#243)**
**STEPHEN J. NEUBERGER, ESQUIRE (#4440)**
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801
(302) 655-0582
TSN@NeubergerLaw.com
SJN@NeubergerLaw.com

Date: July 10, 2008                    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Thomas S. Neuberger, being a member of the bar of this Court do hereby certify that

on July 10, 2008, I electronically filed this Pleading with the Clerk of the Court using CM/ECF.

I have sent a copy of this Pleading via email to the following:

> Kathleen Jennings, Esq.
> Wilmington Trust Center
> 1100 North Market Street
> Suite 1001
> Wilmington, DE 19801
> KJennings@WOLFBLOCK.com

> _/s/_ Thomas S. Neuberger
> **THOMAS S. NEUBERGER, ESQ.**